UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD RONALD WELLS,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-0232-TOR-12<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Unopposed Motion to Modify Conditions of Release. ECF No. 254. The motion was submitted for consideration without oral argument. Having reviewed the record and the documents contained therein, the Court is fully informed.

On January 14, 2019, Defendant appeared in magistrate court for arraignment and entered a not guilty plea. At the hearing, the government did not seek Defendant's pretrial detention. Accordingly, Defendant was released to pretrial services under certain terms and conditions. Specifically, Special Condition No. 2 precludes Defendant from having contact with certain co-

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

Defendants, victims, and witnesses in this matter. Defendant now moves the Court to modify Special Condition No. 2 to allow him to have contact with witness William Main, his business partner in JOEL LLC, for the purpose of "…completing and bringing to market" a business transaction involving the construction and sale of "…16 loft-style apartments…in downtown Spokane." In support of his request, Defendant advises the Court that neither the government nor the U.S. Probation Office oppose his request. *See generally* ECF No. 116. The Court finds good cause to grant Defendant's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 254, is **GRANTED**. The Defendant shall remain released pursuant to the conditions of release previously imposed in this matter, ECF No. 116, except that Special Condition No. 2 is modified to allow Defendant to communicate with William Main for the sole purpose of the business transaction described above.

2. All other terms and conditions of release previously imposed by the Court remain in effect.

//

//

//

//

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office

DATED February 21, 2019.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge