FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RONALD WELLS,<br><br>Defendant. | NO: 2:18-CR-0232-TOR-12<br><br>SECOND ORDER MODIFYING CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Unopposed Motion to Modify Conditions of Release. ECF No. 368. The motion was submitted for consideration without oral argument. Having reviewed the record and the documents contained therein, the Court is fully informed.

The Court finds good cause to grant Defendant's motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 368, is **GRANTED**. The Defendant shall remain released pursuant to the

SECOND ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

conditions of release previously imposed in this matter, ECF No. 116, 257, except that Special Condition No. 1 of ECF No. 116 at 4 is modified as follows:

Defendant shall remain in the Eastern District of Washington and <u>northern Idaho</u> unless given permission by the United States Probation/Pretrial Services Office.

2. All other terms and conditions of release previously imposed by the Court remain in effect.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office

DATED May 10, 2019.



THOMAS O. RICE
Chief United States District Judge

SECOND ORDER MODIFYING CONDITIONS OF RELEASE ~ 2