William D. Hyslop
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.: 2:18-CR-00232-TOR-12 |
|---|---|
| Plaintiff, | NOTICE OF SATISFACTION OF JUDGMENT |
| vs. | |
| RICHARD RONALD WELLS, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney for the Eastern District of Washington, hereby gives notice that Defendant, RICHARD RONALD WELLS, has satisfied and paid the $179,876.56 forfeiture money judgment ordered by the Court on February 5, 2020 (ECF No. 816 at 6).

DATED: September 3, 2020.

William D. Hyslop
United States Attorney

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

NOTICE OF SATISFACTION OF JUDGMENT - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin J. Curtis
Attorney for Defendant Richard Ronald Wells
kjc@winstoncashatt.com

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

NOTICE OF SATISFACTION OF JUDGMENT - 2